UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:                                             Case No.: 08-33896
INTEX GROUP, LLC                         Chapter 7
                                                     Hon. Daniel S. Opperman

                                          Debtor(s).
_____/

**NOTICE OF DIVIDEND
LESS THAN $5.00**

TO THE CLERK OF THE COURT:

       The attached check in the amount of $1.58 represents the dividends less than $5.00 in this Estate, and is paid to the U.S. Bankruptcy Court. The name and address of the parties entitled to these dividends are as follows:

| Creditor Name/Address | Claim No.: | Amount of Dividend |
|---|---|---|
| Farm Bureau Insurance Company<br>xxx747-14/xxx0129<br>PO Box 30100<br>Lansing, MI 48909 | 3 | 1.58 |

Dated: 10/28/10

                                           /s/ Collene K. Corcoran, Trustee
                                           Collene K. Corcoran, Trustee
                                           PO Box 535
                                           Oxford, MI 48371
                                           (248) 969-9300
                                           ccorcoran@epiqtrustee.com